R. Gibson Pagter, Jr., CA SBN 116450
Misty Perry Isaacson, CA SBN 193204
**PAGTER AND MILLER**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92705
Telephone: (714) 541-6072
Facsimile;   (714) 541-6897
Email: gibson@pagterandmiller.com
Email: misty@pagterandmiller.com

Attorneys for American Contractors Indemnity Company



FILED & ENTERED

SEP 18 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

# IN THE UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>MARIA DORADO,<br><br>                         Debtor.<br><br>AMERICAN CONTRACTORS INDEMNITY COMPANY,<br>                         Plaintiff,<br>v.<br>MARIA DORADO,<br>                         Defendant. | Case No. 2:12-bk-18764-TD<br><br>Adversary No. 2:12-ap-01777-TD<br><br>Chapter 7<br><br>ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT ON PLAINTIFF'S COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT [11 U.S.C. §523(a)(4)<br><br>Date:  May 23, 2013<br>Time:  11:00 a.m.<br>Ctrm:  1345 |

A hearing on American Contractors Indemnity Company's ("Plaintiff" or "ACIC") Motion for Order Granting Summary Judgment in Favor of Plaintiff and Against Maria Dorado (the "Debtor" or "Dorado") on Plaintiff's Complaint to Determine Dischargeability of Debt pursuant to 11 U.S.C. § 523(a)(4) (the "Motion") came on regularly for hearing on May 23, 2013 at 11:00 a.m. before the Honorable Thomas B. Donovan, U.S. Bankruptcy Judge.  Appearances were made as noted in the record.  After review of the

Pagter and Miller
525 N Cabrillo Pk Dr
Suite 104
Santa Ana, CA
92701
(714) 541-6072

1

C:\Documents and Settings\pennington\Local Settings\Temp\Order#217003#ffd6da7f-f293-4a06-b846-d7a16e9e72b0.doc

pleadings, arguments of the parties, supplemental pleadings filed by Dorado, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1.  The Motion is Granted;

2.  Plaintiff's claims against Dorado evidenced by the Judgments entered in the Superior Court of California for the County of Los Angeles in favor of Plaintiff and entered against Dorado, <u>In re Probate Estate of Efren Dorado</u>, Case No. VP0111458; and <u>In re the Guardianship Estate of J. and S. Dorado</u>, Case No. VP011460, copies of which are filed herewith and made a part hereof, shall be nondischargeable pursuant to 11 U.S.C. §523(a)(4).

3.  Plaintiff has demonstrated that there is no dispute as to any material fact and that it is entitled to judgment as matter of law.

4.  Dorado did not serve, file or lodge a separate statement of genuine issues with her response as required by LBR 7056-1(c).

5.  The material facts as claimed and adequately supported by the Plaintiff were admitted to exist without controversy. They are not adequately controverted by declaration or other evidence filed by Dorado in opposition to Plaintiff's motion.

6.  The stipulation filed with the Superior Court by Plaintiff, Dorado and others on February 18, 2010 (Exhibit 5 to Plaintiff's motion); the Superior Court's Order thereon filed April 1, 2010 (Exhibit 6 to Plaintiff's motion); and Plaintiff's Proof of Claim filed herein on March 22, 2012 (Exhibit 9 to Plaintiff's motion) demonstrate that as a result of Dorado's breach of fiduciary duties, Plaintiff incurred the costs claimed in this adversary proceeding and is entitled to a judgment that such costs are nondischargable as a result

Pagter and Miller
525 N Cabrillo Pk Dr
Suite 104
Santa Ana, CA
92701
(714) 541-6072

2

C:\Documents and Settings\pennington\Local Settings\Temp\Order#217003#ffd6da7f-f293-4a06-b846-d7a16e9e72b0.doc

of defalcation by Dorado pursuant to 11 U.S.C. § 523(a)(4), notwithstanding Dorado's later deposit of funds to replace "borrowed" funds prior to her February 18, 2010 stipulation.  Costs were incurred by Plaintiff prior to Dorado's stipulation as a direct result of Dorado's misappropriation.  See <u>Blyler v. Hemmeter</u> (<u>In re Hemmeter</u>), 242 F.3d 1186, 1191 (9th Cir. 2001);  <u>FDIC v. Jackson</u>, 133 F.3d 694, 703 (9th Cir. 1998); <u>Bullock v. Bankchampaign</u>, 133 S. Ct. 1754, 1760 (May 13, 2013).

####

Date: September 18, 2013

*[signature: Thomas B. Donovan]*
Thomas B. Donovan
United States Bankruptcy Judge

Pagter and Miller
525 N Cabrillo Pk Dr
Suite 104
Santa Ana, CA
92701
(714) 541-6072

3

C:\Documents and Settings\pennington\Local Settings\Temp\Order#217003#ffd6da7f-f293-4a06-b846-d7a16e9e72b0.doc

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT ON PLAINTIFF'S COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT [11 U.S.C. §523(a)(4)** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner stated below:

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **09/11/13**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- **Wesley H Avery (TR)**    wamiracle6@yahoo.com, jmoattrustee@gmail.com;C117@ecfcbis.com
- **R G Pagter**    gibson@pagterandmiller.com, pandm@pagterandmiller.com;pagterandmiller@yahoo.com
- **Misty A Perry Isaacson**    misty@pagterandmiller.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

**Alan Ross**
316 W 2nd St #1002
Los Angeles, CA 90012

☐ Service information continued on attached page

3. **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

Pagter and Miller
525 N Cabrillo Pk Dr
Suite 104
Santa Ana, CA
92701
(714) 541-6072

4

C:\Documents and Settings\pennington\Local Settings\Temp\Order#217003#ffd6da7f-f293-4a06-b846-d7a16e9e72b0.doc